IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURICE D. HARPER, : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | No. 14-639 |
| CORIZON, LOUIS GIORLA, MICHELLE : FARRRELL, FRANK ABELLO, MARIEL : TRIMBLE, and PANTAL JEAN, : | |
| Defendants. : | |

**O R D E R**

**AND NOW**, this   1st   day of August, 2014, upon consideration of Plaintiff's Motions for the Appointment of Counsel (Doc. Nos. 4, 13), and Plaintiff's Affidavit of Fact (Doc. No. 19), it is hereby **ORDERED** that the Motions are **DENIED**.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE