IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| MAURICE D. HARPER, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 14-639 |
| | : | |
| CORIZON, LOUIS GIORLA, MICHELLE FARRELL, FRANK ABELLO, MARIEL TRIMBLE, and PANTAL JEAN, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**O R D E R**

      **AND NOW**, this 11th day of August, 2014, upon consideration of the Plaintiff, Maurice D. Harper's ("Harper") "Motion for A Temporary Restraining Order And A Preliminary Injunction Order To Show Cause And Temporary Restraining Order" (Doc. No. 7), the Response in Opposition filed by Defendant, Corizon (Doc. No. 20), and the Declaration of Maurice Harper (Doc. No. 25), it is hereby **ORDERED** that the Motion is **DENIED**.

      **IT IS FURTHER ORDERED** that Plaintiff's Request for the Court to Expedite Injunction (Doc. No. 14) is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE