IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE D. HARPER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 14-639 |
| CORIZON, LOUIS GIORLA, MICHELLE FARRELL, FRANK ABELLO, MARIEL TRIMBLE, and PANTAL JEAN, | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 12th day of January, 2015, upon consideration of Plaintiff, Maurice D. Harper's ("Harper") "Petition for A Temporary Restraining Order And A Preliminary Injunction" (Doc. No. 31), and the Response in Opposition filed by Defendant, Corizon (Doc. No. 32), it is hereby **ORDERED** that the Petition is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE