IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE D. HARPER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 14-639 |
| CORIZON, LOUIS GIORLA, MICHELLE FARRELL, FRANK ABELLO, MARIEL TRIMBLE, and PANTAL JEAN, | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 9th day of April, 2015, upon consideration of Defendants, Frank Abello, Corizon Health, Inc., Michele Farrell, Louis Giorla, Pantal Jean, and Mariel Trimble's, Motion for Summary Judgment (Doc. No. 35), pro se Plaintiff, Maurice Harper's, "Statement of Disputed Factual Issues," and Plaintiff's "Brief in Opposition to Defendants' Motion for Summary Judgment," it is hereby **ORDERED** that the Motion is **GRANTED** in its entirety. All Defendants are **DISMISSED** from this action.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE